**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Vernon Ackridge,** | : | |
| | | : | **No. 19-10548mdc** |
| | **Debtor** | : | **Chapter 13** |
| | | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Debtor, Vernon Ackridge.


Dated: 1/27/2021                                Signed: /s/ Everett Cook
                                                By: Everett Cook, Esq.
                                                The Law Offices of Everett Cook, P.C.
                                                1605 N. Cedar Crest Blvd., Suite 520
                                                Allentown, PA 18104
                                                Bar I.D. #202039
                                                Phone: (610) 351-3566
                                                Fax:    (610) 351-3556
                                                Email:  bankruptcy@everettcooklaw.com