UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Vernon D. Ackridge | : | No. 19-10548 |
|---|---|---|---|
| | | : | |
| | Debtor | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF SERVICE

I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Tenth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

                Respectfully submitted

By:   /s/ Everett Cook
      Everett Cook, Esquire
      Attorney for Debtors
      Attorney ID No. 202039

**THE LAW OFFICES OF EVERETT COOK, P.C.**
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

610-351-3566 Phone
610-351-3556 Fax
bankruptcy@everettcooklaw.com

Dated: 1-27-2021

```
Label Matrix for local noticing          BANK OF AMERICA, N.A.                    (p)CITY OF PHILADELPHIA LAW DEPARTMENT
0313-2                                   P.O. Box 31785                           MUNICIPAL SERVICES BUILDING
Case 19-10548-mdc                        TAMPA, FL 33631-3785                     1401 JOHN F KENNEDY BLVD 5TH FLOOR
Eastern District of Pennsylvania                                                  PHILADELPHIA PA 19102-1617
Philadelphia
Wed Jan 27 13:25:12 EST 2021

Ditech Financial LLC                     NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG   Pennsylvania Department of Revenue
AS Citron, LLC                           Robertson, Anschutz & Schneid, P.L.             Bankruptcy Division
130 Clinton Road, Suite 202              6409 Congress Ave., Suite 100                   P.O. Box 280946
Fairfield, NJ 07004-2927                 Boca Raton, FL 33487-2853                       Harrisburg, PA 17128-0946


Real Time Resolutions, Inc.              U.S. Attorney Office                     United States Trustee
1349 Empire Central Drive, Suite #1      c/o Virginia Powel, Esq.                 Office of the U.S. Trustee
Dallas, TX 75247-4029                    Room 1250                                200 Chestnut Street
                                         615 Chestnut Street                      Suite 502
                                         Philadelphia, PA 19106-4404              Philadelphia, PA 19106-2908


Univest Bank and Trust Co.               WELLS FARGO BANK, N.A.                   Wells Fargo Bank N.A.
14 NORTH MAIN STREET                     C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE MAC N9286-01Y
SOUDERTON, PA 18964-1713                 8 NESHAMINY INTERPLEX DRIVE SUITE 215    1000 Blue Gentian Road
                                         TREVOSE, PA 19053-6980                   Eagan, MN 55121-7700


Wilmington Savings Fund Society, FSB, d/b/a   Philadelphia                        BANK OF AMERICA, N.A.
c/o Rushmore Loan Management Services LL      900 Market Street                   c/o Rebecca Solarz
15480 Laguna Canyon Road                      Suite 400                           KML Law Group, P.C.
Suite 100                                     Philadelphia, PA 19107-4233         701 Market Street, Suite 5000
Irvine, CA 92618-2132                                                             Philadelphia, PA 19106-1541


City of Philadelphia and/or Water Revenue Bu  DITECH FINANCIAL LLC                Ditech Financial
c/o Joshua Domer, Esq.                        PO BOX 12740                        PO Box 6146
City of Philadelphia Law Dept.                TEMPLE, AZ 85284-0046               Rapid City, South Dakota 57709-5146
1401 JFK Boulevard 5th Fl.
Philadelphia PA 19102-1640


EverBank                                 Everhome                                 LSF11 Master Participation Trust
c/o Ann E. Swartz, Esq.                  PO Box 2167                              C/O Robert J. Davidow, Esq.
123 South Broad Street, Suite 1400       Jacksonville, Florida 32232-0004         1617 JFK Boulevard, Suite 1400
Philadelphia PA 19109-1060                                                        One Penn Center Plaza
                                                                                  Philadelphia, PA 19103


NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG  Natonstar Mortgage LLC              PECO
c/o Jerome Blank, Esq.                        dba Champion Mortgage Company       PO BOX 13778
Phelan Hallinan Diamond & Jones, LLP          c/o Robertson, Anschutz & Schneid, P.L.   Philadelphia, Pennsylvania 19101-3778
1617 JFK Boulevard, Suite 1400                6409 Congress Ave., Suite 100
One Penn Center Plaza                         Boca Raton FL 33487-2853
Philadelphia, PA 19103

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Real Time Resolutions, Inc.              Robert Dollinger
PO BOX 41067                             1349 Empire Central Drive, Suite #1      c/o David S. Gellert. Esquire
NORFOLK VA 23541-1067                    Dallas, Texas 75247-4029                 1244 Hamilton Street, Suite 204
                                                                                  Allentown, PA 18102-4699


Rushmore Loan Management Services        (p)TIAA FSB                              TIAA, FSB
c/o Sarah K. McCaffery                   BANKRUPTCY DEPARTMENT                    c/o McCabe, Weisberg & Conway, LLC
P.O. Box 55004                           301 W BAY STREET                         Suite 1400
Irvine, CA 92619-5004                    JACKSONVILLE FL 32202-5184               123 South Broad Street
                                                                                  Philadelphia, PA 19109-1060
```

| | | |
|---|---|---|
| TIAA,FSB<br>c/o Lauren M. Moyer, Esq.<br>123 South Broad Street, Suite 1400<br>Philadelphia, PA 19109-1060 | Univest Bank and Trust Co.<br>c/o Kelly L. Eberle, Esq.<br>P.O. Box 215<br>Perkasie PA 18944-0215 | Valley Green<br>1536 S Broad St.<br>Philadelphia, Pennsylvania 19146-4809 |
| WELLS FARGO BANK, N.A.<br>c/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | Well Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, Iowa 50306-0335 | Wells Fargo Bank N.A.<br>c/o Jill Manuel-Coughlin Esq.<br>Eight Neshaminy Interplex, Suite 215<br>Trevose PA 19053-6980 |
| Wells Fargo Bank, N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, Iowa 50306-0335 |
| Wilmington Savings Fund Society, FSB<br>dba Christiana Trust<br>c/o Sarah K. McCaffery, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | MICHAEL P. KUTZER<br>1420 Walnut Street<br>Suite 1216<br>mpkutzer9@gmail.com, correspondenc<br>Philadelphia, PA 19102-4012 |
| Vernon D. Ackridge<br>1124 Hawthorne Lane<br>Elkins Park, PA 19027-2212 | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105-1229 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>Tax & Revenue Unit<br>1401 JOHN F. KENNEDY BLVD., 5TH FLOOR<br>Major Tax Litigation Division<br>Philadelphia, PA 19102-1595 | (d)City of Philadelphia<br>City of Philadelphia Law Dept.<br>Tax Unit/Bankruptcy Dept<br>1515 Arch Street 15th Floor<br>Philadelphia, PA 19102-1595 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| TIAA, FSB<br>301 W Bay Street<br>Jacksonville, FL 32202 | (d)Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA  19102-1595 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)EverBank | (u)Lsf11 Master Participation Trust |

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MOR | (u)Real Time Resolutions, Inc., as Agent for | (u)TIAA, FSB |
| (u)TIAA, FSB d/b/a TIAA Bank f/k/a EverBank | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa FL 33631-3785 | (d)Ditech Financial<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 |
| (d)Ditech Financial LLC<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 | (d)Lsf11 Master Participation Trust<br>C/o Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA  17128-0946 |

End of Label Matrix
Mailable recipients    43
Bypassed recipients    12
Total                  55