**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                        Case No. 19-10548-mdc
                                                                             Chapter 13

Vernon D. Ackridge

Debtor(s).

## NOTICE OF APPEARANCE

**TIAA, FSB**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                       **Daniel P. Jones, Esquire
                                       Stern & Eisenberg, PC
                                       1581 Main Street, Suite 200
                                       The Shops at Valley Square
                                       Warrington, PA 18976**

                           By:       */s/ Daniel P. Jones, Esquire*
                                              Daniel P. Jones, Esquire,
                                              Bar No: 321876
                                              Stern & Eisenberg, PC
                                              1581 Main Street, Suite 200
                                              The Shops at Valley Square
                                              Warrington, PA 18976
                                              Phone: (215) 572-8111
                                              Fax: (215) 572-5025
                                              djones@sterneisenberg.com
                                              Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of February 2021, to the following:

John Everett Cook
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
bankruptcy@everettcooklaw.com
*Attorney for Debtor(s)*

LEEANE O. HUGGINS
1234 Market Street
Suite 1813
Philadelphia, PA 19107
(215) 627-1377
lhuggins@ph13trustee.com
*Office of the Chp. 13 Standing Trustee*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.comLeeane O. Huggins
1234 Market Street
Suite 1813
Philadelphia, PA 19107
lhuggins@ph13trustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Vernon D. Ackridge
8124 Hawthorne Lane
Elkins Park, PA 19027

*Debtor(s)*

                                                    By:    */s/Daniel P. Jones, Esquire*