United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10548-mdc
Vernon D. Ackridge  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14279484 | Email/Text: BKMail@tiaabank.com | Mar 05 2021 02:23:00 | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| ANN E. SWARTZ | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANN E. SWARTZ | on behalf of Creditor EverBank ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| DANIEL P. JONES | on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

Case 19-10548-mdc    Doc 217    Filed 03/06/21    Entered 03/07/21 00:43:59    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2021 | Form ID: trc | Total Noticed: 1 |

HARRY B. REESE
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
    on behalf of Creditor Ditech Financial LLC hriloff@pincuslaw.com Michelle@mvrlaw.com

JEROME B. BLANK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
    on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov

KELLY LYN EBERLE
    on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com ksaborsky@grimlaw.com

KERI P EBECK
    on behalf of Creditor Real Time Resolutions Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MOYER
    on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com

LAUREN MOYER
    on behalf of Creditor TIAA FSB ecfmail@ecf.courtdrive.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MICHAEL P. KUTZER
    on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com mpkutzer1@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@powerskirn.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Mar 04, 2021  Form ID: trc  Total Noticed: 1

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 36

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10548-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Vernon D. Ackridge
8124 Hawthorne Lane
Elkins Park PA 19027

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202 | TIAA,FSB<br>c/o Daniel P. Jones, Esquire<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA  18976 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/06/21

Tim McGrath
**CLERK OF THE COURT**