# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **Vernon D. Ackridge** | : | No. 19-10548 |
| | | : | |
| | **Debtor** | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF SERVICE

    I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Twelfth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

                                                 Respectfully submitted

                                      By: /s/ Everett Cook
                                            Everett Cook, Esquire
                                            Attorney for Debtors
                                            Attorney ID No. 202039

                                            **THE LAW OFFICES OF EVERETT COOK, P.C.**
                                            1605 N. Cedar Crest Blvd., Suite 520
                                            Allentown, PA 18104

                                            610-351-3566 Phone
                                            610-351-3556 Fax
                                            bankruptcy@everettcooklaw.com

Dated: 4/19/2021