IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>VERNON D. ACKRIDGE,<br>        Debtor<br><br>REAL TIME RESOLUTIONS, INC., AS AGENT FOR BANK OF AMERICA, N.A.<br>        Movant<br>    v.<br><br>VERNON D. ACKRIDGE and<br>WILLIAM C. MILLER, Chapter 13 Trustee,<br>        Respondent | Bankruptcy No. 19-10548-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 166 |

### PRAECIPE TO WITHDRAW REAL TIME RESOLUTIONS, INC., AS AGENT FOR BANK OF AMERICA, N.A. OBJECTION TO CONFIRMATION OF PLAN FILED ON MARCH 12, 2020

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Objection to Confirmation of the Fifth Amended Chapter 13 Plan* (the "Objection"), filed on March 12, 2020, at Document No. 166. The Amended Chapter 13 Plan filed on April 16, 2021 resolves the Objection.

Dated: April 20, 2021

                                        Respectfully submitted,

                                        BERNSTEIN-BURKLEY, P.C.

                                        By: /s/ Keri P. Ebeck
                                        Keri P. Ebeck
                                        PA I.D. # 91298
                                        kebeck@bernsteinlaw.com
                                        707 Grant Street, Suite 2200
                                        Pittsburgh, PA 15219
                                        412-456-8112
                                        Fax: (412) 456-8120