IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | NO. 19-10548-mdc |
| VERNON D. ACKRIDGE<br>　　　　　　　　Debtor | CHAPTER 13 |
| UNIVEST BANK AND TRUST CO.<br>　　　　　　　　Movant | |
| -vs- | |
| VERNON D. ACKRIDGE<br>　　　　　　　　Respondent | |
| and WILLIAM C. MILLER<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW OBJECTION TO PLAN

TO THE CLERK:

　　Please withdraw the Objection to the Confirmation of Plan filed August 7, 2019, on behalf of Univest Bank and Trust Company.

　　　　　　　　　　　　　　　　GRIM, BIEHN & THATCHER

　　　　　　　　　　　　　　BY:　/s/ Kelly L. Eberle
　　　　　　　　　　　　　　　　Kelly L. Eberle, Esquire
　　　　　　　　　　　　　　　　Attorney I.D. # 56008
　　　　　　　　　　　　　　　　Attorney for Univest Bank and Trust Company
　　　　　　　　　　　　　　　　P.O. Box 215
　　　　　　　　　　　　　　　　Perkasie, PA  18944
　　　　　　　　　　　　　　　　(215) 257-6811