**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Vernon D. Ackridge | : | No. 19-10548 |
|---|---|---|---|
| | | : | |
| | Debtor | : | Chapter 13 |
| | | : | |

**CERTIFICATE OF SERVICE**

  I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Thirteenth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

              Respectfully submitted

            By: /s/ Everett Cook
              Everett Cook, Esquire
              Attorney for Debtors
              Attorney ID No. 202039

            **THE LAW OFFICES OF EVERETT COOK, P.C.**
            1605 N. Cedar Crest Blvd., Suite 520
            Allentown, PA 18104

            610-351-3566 Phone
            610-351-3556 Fax
            bankruptcy@everettcooklaw.com

Dated: 5/5/2021

| | | | |
|---|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 19-10548-mdc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Wed May  5 11:14:23 EDT 2021 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | | (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 |
| Ditech Financial LLC<br>AS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, TX 75247-4029 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Univest Bank and Trust Co.<br>14 NORTH MAIN STREET<br>SOUDERTON, PA 18964-1713 | WELLS FARGO BANK, N.A.<br>C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE<br>8 NESHAMINY INTERPLEX DRIVE SUITE 215<br>TREVOSE, PA 19053-6980 | | Wells Fargo Bank N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Rushmore Loan Management Services LL<br>15480 Laguna Canyon Road<br>Suite 100<br>Irvine, CA 92618-2132 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | | BANK OF AMERICA, N.A.<br>c/o Rebecca Solarz<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| City of Philadelphia and/or Water Revenue Bu<br>c/o Joshua Domer, Esq.<br>City of Philadelphia Law Dept.<br>1401 JFK Boulevard 5th Fl.<br>Philadelphia PA 19102-1640 | DITECH FINANCIAL LLC<br>PO BOX 12740<br>TEMPLE, AZ 85284-0046 | | Ditech Financial<br>PO Box 6146<br>Rapid City, South Dakota 57709-5146 |
| EverBank<br>c/o Ann E. Swartz, Esq.<br>123 South Broad Street, Suite 1400<br>Philadelphia PA 19109-1060 | Everhome<br>PO Box 2167<br>Jacksonville, Florida 32232-0004 | | LSF11 Master Participation Trust<br>C/O Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 |
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG<br>c/o Jerome Blank, Esq.<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | Natonstar Mortgage LLC<br>dba Champion Mortgage Company<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton FL 33487-2853 | | PECO<br>PO BOX 13778<br>Philadelphia, Pennsylvania 19101-3778 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 | | Robert Dollinger<br>c/o David S. Gellert. Esquire<br>1244 Hamilton Street, Suite 204<br>Allentown, PA 18102-4699 |
| Rushmore Loan Management Services<br>c/o Sarah K. McCaffery<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | (p)TIAA FSB<br>BANKRUPTCY DEPARTMENT<br>301 W BAY STREET<br>JACKSONVILLE FL 32202-5184 | | TIAA, FSB<br>c/o McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 |

| | | |
|---|---|---|
| TIAA, FSB<br>c/o Daniel P. Jones, Esquire<br>581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 | TIAA, FSB<br>c/o Lauren M. Moyer, Esq.<br>123 South Broad Street, Suite 1400<br>Philadelphia, PA 19109-1060 | Univest Bank and Trust Co.<br>c/o Kelly L. Eberle, Esq.<br>P.O. Box 215<br>Perkasie PA 18944-0215 |
| Valley Green<br>1536 S Broad St.<br>Philadelphia, Pennsylvania 19146-4809 | Vernon D. Ackridge<br>c/o EVERETT COOK, ESQ.<br>The Law Offices of Everett Cook, P.C.<br>1605 N. Cedar Crest Blvd., Suite 520<br>Allentown, PA 18104-2355 | WELLS FARGO BANK, N.A.<br>c/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 |
| Well Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, Iowa 50306-0335 | Wells Fargo Bank N.A.<br>c/o Jill Manuel-Coughlin Esq.<br>Eight Neshaminy Interplex, Suite 215<br>Trevose PA 19053-6980 | Wells Fargo Bank, N.A.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, Iowa 50306-0335 | Wilmington Savings Fund Society, FSB<br>dba Christiana Trust<br>c/o Sarah K. McCaffery, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 |
| JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>1605 N. Cedar Crest Blvd<br>Suite 520<br>Allentown, PA 18104-2355 | MICHAEL P. KUTZER<br>1420 Walnut Street<br>Suite 1216<br>mpkutzer9@gmail.com, correspondenc<br>Philadelphia, PA 19102-4012 | Vernon D. Ackridge<br>8124 Hawthorne Lane<br>Elkins Park, PA 19027-2212 |
| WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105-1229 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CITY OF PHILADELPHIA<br>Tax & Revenue Unit<br>1401 JOHN F. KENNEDY BLVD., 5TH FLOOR<br>Major Tax Litigation Division<br>Philadelphia, PA 19102-1595 | (d)City of Philadelphia<br>City of Philadelphia Law Dept.<br>Tax Unit/Bankruptcy Dept<br>1515 Arch Street 15th Floor<br>Philadelphia, PA 19102-1595 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| TIAA, FSB<br>301 W Bay Street<br>Jacksonville, FL 32202 | (d)Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA  19102-1595 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)EverBank | (u)Lsf11 Master Participation Trust |
| (u)NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MOR | (u)Real Time Resolutions, Inc., as Agent for | (u)TIAA, FSB |
| (u)TIAA, FSB d/b/a TIAA Bank f/k/a EverBank | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa FL 33631-3785 | (d)Ditech Financial<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 |
| (d)Ditech Financial LLC<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 | (d)Lsf11 Master Participation Trust<br>C/o Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA 17128-0946 |
| (d)JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>605 N. Cedar Crest Blvd., Suite 520<br>Allentown, PA 18104-2355 | (u)Sophia Nikolaidis<br>, PA | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients    14<br>Total    59 |