# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    VERNON D. ACKRIDGE<br>        Debtor(s)<br>TIAA, FSB<br>        Movant<br>v.<br>VERNON D. ACKRIDGE<br>        Debtor(s)<br>WILLIAM C. MILLER, ESQ.<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-10548-mdc |

## ORDER

AND NOW, upon the motion of TIAA, FSB, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, TIAA, FSB (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  3718 N Carlisle St, Philadelphia, PA 19140.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

June 15, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE