United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10548-mdc
Vernon D. Ackridge                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Jun 15, 2021    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon D. Ackridge, 8124 Hawthorne Lane, Elkins Park, PA 19027-2212 |
| aty | + | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

**Name**    **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor TIAA FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

AMANDA L. RAUER
    on behalf of Creditor WELLS FARGO BANK N.A. Amanda.rauer@pkallc.com,
chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

DANIEL P. JONES
    on behalf of Creditor TIAA FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HARRY B. REESE
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: pdf900 | Total Noticed: 2 |

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
    on behalf of Creditor Ditech Financial LLC hriloff@pincuslaw.com  Michelle@mvrlaw.com

JEROME B. BLANK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
    on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

KELLY LYN EBERLE
    on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com  ksaborsky@grimlaw.com

KERI P EBECK
    on behalf of Creditor Real Time Resolutions  Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MOYER
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com

LAUREN MOYER
    on behalf of Creditor EverBank ecfmail@ecf.courtdrive.com

LAUREN MOYER
    on behalf of Creditor TIAA  FSB ecfmail@ecf.courtdrive.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

MICHAEL P. KUTZER
    on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com  mpkutzer1@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@powerskirn.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jun 15, 2021     Form ID: pdf900     Total Noticed: 2

| | |
|---|---|
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 35

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    VERNON D. ACKRIDGE<br>        Debtor(s)<br>TIAA, FSB<br>        Movant<br>v.<br>VERNON D. ACKRIDGE<br>        Debtor(s)<br>WILLIAM C. MILLER, ESQ.<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-10548-mdc |

## ORDER

AND NOW, upon the motion of TIAA, FSB, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, TIAA, FSB (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  3718 N CARLISLE ST, PHILADELPHIA, PA 19140.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

June 15, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE