UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Vernon D. Ackridge | : | No. 19-10548 |
|---|---|---|---|
|  | Debtor | : | Chapter 13 |
|  |  | : |  |

### CERTIFICATE OF SERVICE

    I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Fifteenth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

    Respectfully submitted

By:  /s/ Everett Cook
    Everett Cook, Esquire
    Attorney for Debtors
    Attorney ID No. 202039

**THE LAW OFFICES OF EVERETT COOK, P.C.**
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

610-351-3566 Phone
610-351-3556 Fax
bankruptcy@everettcooklaw.com

Dated: 6/30/2021

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-2<br>Case 19-10548-mdc<br>Eastern District of Pennsylvania<br>Philadelphia<br>Wed May  5 11:14:23 EDT 2021 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | (p)CITY OF PHILADELPHIA LAW DEPARTMENT<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F KENNEDY BLVD 5TH FLOOR<br>PHILADELPHIA PA 19102-1617 |
| Ditech Financial LLC<br>AS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, TX 75247-4029 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Univest Bank and Trust Co.<br>14 NORTH MAIN STREET<br>SOUDERTON, PA 18964-1713 | WELLS FARGO BANK, N.A.<br>C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE<br>8 NESHAMINY INTERPLEX DRIVE SUITE 215<br>TREVOSE, PA 19053-6980 | Wells Fargo Bank N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Rushmore Loan Management Services LL<br>15480 Laguna Canyon Road<br>Suite 100<br>Irvine, CA 92618-2132 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | BANK OF AMERICA, N.A.<br>c/o Rebecca Solarz<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| City of Philadelphia and/or Water Revenue Bu<br>c/o Joshua Domer, Esq.<br>City of Philadelphia Law Dept.<br>1401 JFK Boulevard 5th Fl.<br>Philadelphia PA 19102-1640 | DITECH FINANCIAL LLC<br>PO BOX 12740<br>TEMPLE, AZ 85284-0046 | Ditech Financial<br>PO Box 6146<br>Rapid City, South Dakota 57709-5146 |
| EverBank<br>c/o Ann E. Swartz, Esq.<br>123 South Broad Street, Suite 1400<br>Philadelphia PA 19109-1060 | Everhome<br>PO Box 2167<br>Jacksonville, Florida 32232-0004 | LSF11 Master Participation Trust<br>C/O Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 |
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTG<br>c/o Jerome Blank, Esq.<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | Natonstar Mortgage LLC<br>dba Champion Mortgage Company<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton FL 33487-2853 | PECO<br>PO BOX 13778<br>Philadelphia, Pennsylvania 19101-3778 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #1<br>Dallas, Texas 75247-4029 | Robert Dollinger<br>c/o David S. Gellert. Esquire<br>1244 Hamilton Street, Suite 204<br>Allentown, PA 18102-4699 |
| Rushmore Loan Management Services<br>c/o Sarah K. McCaffery<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | (p)TIAA FSB<br>BANKRUPTCY DEPARTMENT<br>301 W BAY STREET<br>JACKSONVILLE FL 32202-5184 | TIAA, FSB<br>c/o McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 |

TIAA,FSB
c/o Daniel P. Jones, Esquire
581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976-3403

TIAA,FSB
c/o Lauren M. Moyer, Esq.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109-1060

Univest Bank and Trust Co.
c/o Kelly L. Eberle, Esq.
P.O. Box 215
Perkasie PA 18944-0215

Valley Green
536 S Broad St.
Philadelphia, Pennsylvania 19146-4809

Vernon D. Ackridge
c/o EVERETT COOK, ESQ.
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104-2355

WELLS FARGO BANK, N.A.
c/o Mario J. Hanyon, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Well Fargo Home Mortgage
PO Box 10335
Des Moines, Iowa 50306-0335

Wells Fargo Bank N.A.
c/o Jill Manuel-Coughlin Esq.
Eight Neshaminy Interplex, Suite 215
Trevose PA 19053-6980

Wells Fargo Bank, N.A.
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, Iowa 50306-0335

Wilmington Savings Fund Society, FSB
dba Christiana Trust
c/o Sarah K. McCaffery, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046-2031

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd
Suite 520
Allentown, PA 18104-2355

MICHAEL P. KUTZER
1420 Walnut Street
Suite 1216
mpkutzer9@gmail.com, correspondenc
Philadelphia, PA 19102-4012

Vernon D. Ackridge
8124 Hawthorne Lane
Elkins Park, PA 19027-2212

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105-1229

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CITY OF PHILADELPHIA
Tax & Revenue Unit
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
Major Tax Litigation Division
Philadelphia, PA 19102-1595

(d)City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TIAA, FSB
301 W Bay Street
Jacksonville, FL 32202

(d)Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA  19102-1595

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)EverBank | (u)Lsf11 Master Participation Trust |
| (u)NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MOR | (u)Real Time Resolutions, Inc., as Agent for | (u)TIAA, FSB |
| (u)TIAA, FSB d/b/a TIAA Bank f/k/a EverBank | (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa FL 33631-3785 | (d)Ditech Financial<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 |
| (d)Ditech Financial LLC<br>PO Box 6146<br>Rapid City, South Dakota 57709-6146 | (d)Lsf11 Master Participation Trust<br>C/o Robert J. Davidow, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division P O Box 280946<br>Harrisburg PA  17128-0946 |
| (d)JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>1605 N. Cedar Crest Blvd., Suite 520<br>Allentown, PA 18104-2355 | (u)Sophia Nikolaidis<br>, PA | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients   14<br>Total                 59 |