IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                         :
                                               :       In Chapter 13
   VERNON D. ACKRIDGE                :
                                               :       Bankruptcy No. 19-10548 (MDC)
                                       Debtor. :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Thirteenth Amended Chapter 13 Plan (Document #235) which was filed on June 03, 2021.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 30, 2021    By:    /s/ *Joshua Domer*
                                      JOSHUA DOMER
                                      Assistant City Solicitor
                                      PA Attorney I.D. 319190
                                      Attorney for the City of Philadelphia
                                             and/or
                                      Water Revenue Bureau
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA 19102-1595
                                      215-686-0519 (phone)
                                      Email: Joshua.Domer@phila.gov