United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-10548-mdc |
|---|---|
| Vernon D. Ackridge | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon D. Ackridge, 8124 Hawthorne Lane, Elkins Park, PA 19027-2212 |
| aty | + | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |
| 14574972 | + | BANK OF AMERICA, N.A., c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14376610 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14269610 | | Ditech Financial, PO Box 6146, Rapid City, South Dakota 57709-5146 |
| 14384449 | + | EverBank, c/o Ann E. Swartz, Esq., 123 South Broad Street, Suite 1400, Philadelphia PA 19109-1060 |
| 14269613 | + | Everhome, PO Box 2167, Jacksonville, Florida 32232-0004 |
| 14370363 | | Lsf11 Master Participation Trust, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14317074 | | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, C/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14297068 | + | Natonstar Mortgage LLC, dba Champion Mortgage Company, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton FL 33487-2853 |
| 14465698 | + | Robert Dollinger, c/o David S. Gellert. Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14294834 | + | Rushmore Loan Management Services, c/o Sarah K. McCaffery, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14279484 | + | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202-5147 |
| 14415206 | + | TIAA, FSB, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14415765 | + | TIAA,FSB, c/o Lauren M. Moyer, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14584302 | + | TIAA,FSB, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14283820 | + | Univest Bank and Trust Co., c/o Kelly L. Eberle, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14269615 | + | Valley Green, 1536 S Broad St., Philadelphia, Pennsylvania 19146-4809 |
| 14579656 | + | Vernon D. Ackridge, c/o EVERETT COOK, ESQ., The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |
| 14538096 | | WELLS FARGO BANK, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14269616 | + | Well Fargo Home Mortgage, PO Box 10335, Des Moines, Iowa 50306-0335 |
| 14265928 | + | Wells Fargo Bank N.A., c/o Jill Manuel-Coughlin Esq., Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 14299581 | # | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14302804 | # | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14269617 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, Iowa 50306-0335 |
| 14278837 | + | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Sarah K. McCaffery, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14362039 | Email/Text: megan.harper@phila.gov | Jul 29 2021 23:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14362347 | + Email/Text: megan.harper@phila.gov | Jul 29 2021 23:33:00 | City of Philadelphia and/or Water Revenue |

District/off: 0313-2            User: admin            Page 2 of 4

Date Rcvd: Jul 29, 2021            Form ID: 155            Total Noticed: 32

| | | | |
|---|---|---|---|
| | | | Bureau, c/o Joshua Domer, Esq., City of Philadelphia Law Dept., 1401 JFK Boulevard 5th Fl., Philadelphia PA 19102-1640 |
| 14269614 | Email/Text: bankruptcygroup@peco-energy.com | Jul 29 2021 23:33:00 | PECO, PO BOX 13778, Philadelphia, Pennsylvania 19101-3778 |
| 14303704 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2021 23:39:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293100 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14289657 | Email/Text: bkdepartment@rtresolutions.com | Jul 29 2021 23:33:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14269611 | * | Ditech Financial, PO Box 6146, Rapid City, South Dakota 57709-6146 |
| 14269612 | * | Ditech Financial LLC, PO Box 6146, Rapid City, South Dakota 57709-6146 |
| 14371024 | * | LSF11 Master Participation Trust, C/O Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14304186 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPLE, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DANIEL P. JONES | on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HARRY B. REESE | on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com |

District/off: 0313-2                           User: admin                                    Page 3 of 4
Date Rcvd: Jul 29, 2021                        Form ID: 155                                   Total Noticed: 32

HARRY B. REESE
                    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
                    on behalf of Creditor Ditech Financial LLC hriloff@pincuslaw.com  Michelle@mvrlaw.com

JEROME B. BLANK
                    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JEROME B. BLANK
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
                    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JILL MANUEL-COUGHLIN
                    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
                    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
                    on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOSHUA DOMER
                    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

KELLY LYN EBERLE
                    on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com  ksaborsky@grimlaw.com

KERI P EBECK
                    on behalf of Creditor Real Time Resolutions  Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com,
                    jbluemle@bernsteinlaw.com

LAUREN MOYER
                    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com

LAUREN MOYER
                    on behalf of Creditor EverBank ecfmail@ecf.courtdrive.com

LAUREN MOYER
                    on behalf of Creditor TIAA  FSB ecfmail@ecf.courtdrive.com

LAUREN BERSCHLER KARL
                    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

LEEANE O. HUGGINS
                    on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
                    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
                    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL P. KUTZER
                    on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com  mpkutzer1@gmail.com

REBECCA ANN SOLARZ
                    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
                    on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
                    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
                    Mortgage Acquisition Trust bankruptcy@powerskirn.com

THOMAS YOUNG.HAE SONG
                    on behalf of Creditor WELLS FARGO BANK  N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
                    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

THOMAS YOUNG.HAE SONG
                    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

District/off: 0313-2                                    User: admin                                    Page 4 of 4

Date Rcvd: Jul 29, 2021                          Form ID: 155                          Total Noticed: 32

United States Trustee

       USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

       ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

       on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 35

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Vernon D. Ackridge
        Debtor(s)                                  Chapter: 13

                                                   Bankruptcy No: 19−10548−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 29th day of July, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                   Magdeline D. Coleman
                                   Chief Judge ,
                                   United States Bankruptcy Court

                                                              252
                                                          Form 155