### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Vernon Ackridge, | : | |
|---|---|---|---|
| | | : | No. 19-10548mdc |
| | Debtor | : | Chapter 13 |
| | | : | |

## NOTICE

To the Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor(s), has filed an Application with the Court requesting approval of his fees in the total amount of FOUR THOUSAND, THREE HUNDRED AND FORTY-TWO ($4,342.50) AND .50/100 DOLLARS of which $1,000.00 was paid prior to filing and expenses in the amount of ONE HUNDRED AND FIFTY-SEVEN AND .50/100 DOLLARS ($157.50).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before September 6, 2021 with the Clerk, U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19602, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before September 6, 2021, Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Respectfully submitted:

Dated: August 16, 2021            Signed: /s/ Everett Cook
                                  By: Everett Cook, Esq.
                                  Attorney for Debtor
                                  Attorney Docket No. 202039

                                  LAW OFFICES OF EVERETT COOK, P.C.

ROMA CORPORATE CENTER
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

Phone:  610-351 3566
bankruptcy@everettcooklaw.com