## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Vernon Ackridge, | : | |
| | | : | **No. 19-10548mdc** |
| | **Debtor** | : | **Chapter 13** |
| | | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Notice of Application, Application and proposed Order upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**WILLIAM C. MILLER, ESQ.  (Chapter 13)**
Chapter 13 Trustee
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

*U.S. Trustee*
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Respectfully submitted:

Dated: 8/16/2021

Signed:/s/ Everett Cook
By: Everett Cook, Esq.
Attorney for Debtors
Attorney Docket No. 202039

LAW OFFICES OF EVERETT COOK, P.C.
ROMA CORPORATE CENTER
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

Phone:  610-351 3566
bankruptcy@everettcooklaw.com