## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Vernon Ackridge, | : | |
| --- | --- | --- | --- |
| | | : | No. 19-10548mdc |
| | Debtor | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have not received nor am I aware of any response to the Notice of Application, Application and proposed Order from any party whatsoever.

Dated: 9/8/2021

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
**The Law Offices of Everett Cook, P.C.**
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

Phone: (610) 351-3566
Fax:    (610) 351-3556