# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10548-MDC

VERNON D ACKRIDGE

8124 HAWTHORNE LANE

ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VERNON D ACKRIDGE

8124 HAWTHORNE LANE

ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

JOHN EVERETT COOK
1605 N. CEDAR CREST BLVD
SUITE 520
ALLENTOWN,, PA 18194-

Date: 9/22/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee