# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Vernon Ackridge, | : |
| | | :    No. 19-10548mdc |
| | **Debtor** | :    Chapter 13 |
| | | : |

## ORDER

**AND NOW**, upon consideration of the Application for Allowance of Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,342.50.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,000.00. Which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,342.50 of which $1,000.00 was received pre-petition for the fee and expenses in the amount of $157.50.

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

Date: September 29, 2021