United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10548-mdc |
| Vernon D. Ackridge | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon D. Ackridge, 8124 Hawthorne Lane, Elkins Park, PA 19027-2212 |
| aty | + | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DANIEL P. JONES | on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HARRY B. REESE | on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
on behalf of Creditor Ditech Financial LLC hriloff@pincuslaw.com  Michelle@mvrlaw.com

JEROME B. BLANK
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOSHUA DOMER
on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

KELLY LYN EBERLE
on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com  ksaborsky@grimlaw.com

KERI P EBECK
on behalf of Creditor Real Time Resolutions  Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN MOYER
on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com

LAUREN MOYER
on behalf of Creditor EverBank ecfmail@mwc-law.com

LAUREN MOYER
on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com

LAUREN BERSCHLER KARL
on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

LEEANE O. HUGGINS
on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL P. KUTZER
on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com  mpkutzer1@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@powerskirn.com

THOMAS SONG
on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor Lsf11 Master Participation Trust tomysong0@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 35

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Vernon Ackridge, | : | |
| | | : | No. 19-10548mdc |
| | Debtor | : | Chapter 13 |
| | | : | |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,342.50.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,000.00. Which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,342.50 of which $1,000.00 was received pre-petition for the fee and expenses in the amount of $157.50.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**

Date:   September 29, 2021