## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Vernon D. Ackridge<br><br>                    Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 19-10548-MDC |

### SUBSTITUTION OF APPEARANCE

TO THE COURT:

YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, in connection with the above entitled actions.

| | |
|---|---|
| Dated: November 24, 2021 | Dated: November 24, 2021 |
| *Withdrawing Attorney* | *Superseding Attorney* |
| By: **/s/Sarah K. McCaffery**<br>Sarah K. McCaffery, Esq., P.A.I.D. #311728<br>Powers Kirn, LLC<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br>Telephone# 215-942-2090 | By: **/s/ Michael J. Clark**<br>Attorney ID# 202929<br>Richard M. Squire & Associates, LLC<br>One Jenkintown Station<br>115 West Avenue<br>Suite 104<br>Jenkintown, PA 19046<br>Telephone: 215-886-8790 |