## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Vernon D. Ackridge | 19-10548-MDC |
|---|---|
| Debtor(s) | Chapter 13 Proceeding |
| Wells Fargo Bank, NA<br>Movant<br>v.<br>Vernon D. Ackridge<br>Respondent | |

## ORDER ON MOTION
## TO RESTRICT PUBLIC ACCESS

AND NOW, this 17th day of December 2021, upon consideration of Movant's Motion to Restrict Public Access to certain documents in accordance with 11 U.S.C. §107 (c)(1) and Fed. R. Bankr.P. 9037 it is hereby ORDERED AND DECREED that the Motion is granted and public access to Notice of Mortgage Payment Change filed November 22, 2021 at Doc relating to Claim Number 5. is restricted. Movant shall file an Amended Notice of Mortgage Payment Change with the documents properly redacted.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Movant

John Everett Cook, Esquire
Attorney for Debtor(s)

Kenneth E. West, Esquire
Trustee