United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10548-mdc |
| Vernon D. Ackridge | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon D. Ackridge, 8124 Hawthorne Lane, Elkins Park, PA 19027-2212 |
| aty | + | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 19, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DANIEL P. JONES | on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HARRY B. REESE | on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
    on behalf of Creditor Ditech Financial LLC hriloff@pincuslaw.com  Michelle@mvrlaw.com

JEROME B. BLANK
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
    on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOSHUA DOMER
    on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KELLY LYN EBERLE
    on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com  ksaborsky@grimlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Real Time Resolutions  Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER  Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
    on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor EverBank ecfmail@mwc-law.com  mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL P. KUTZER
    on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com  mpkutzer1@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 2

THOMAS SONG
    on behalf of Creditor Lsf11 Master Participation Trust tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vernon D. Ackridge<br><br>                               Debtor(s) | 19-10548-MDC<br><br>Chapter 13 Proceeding |
| Wells Fargo Bank, NA<br>                               Movant<br>v.<br>Vernon D. Ackridge<br><br>                               Respondent | |

## ORDER ON MOTION
## TO RESTRICT PUBLIC ACCESS

AND NOW, this 17th day of December 2021, upon consideration of Movant's Motion to Restrict Public Access to certain documents in accordance with 11 U.S.C. §107 (c)(1) and Fed. R. Bankr.P. 9037 it is hereby ORDERED AND DECREED that the Motion is granted and public access to Notice of Mortgage Payment Change filed November 22, 2021 at Doc relating to Claim Number 5. is restricted. Movant shall file an Amended Notice of Mortgage Payment Change with the documents properly redacted.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Movant

John Everett Cook, Esquire
Attorney for Debtor(s)

Kenneth E. West, Esquire
Trustee