| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Vernon D. Ackridge | Case Number:<br>2:2019-bk-10548 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: 3229  UCID: WFCMGE1910548PAE94093229 | | _ Check this box if the account number has changed. |
| 2. Court Claim Number: 5 | | |
| 3. Signature:<br><br>Check the appropriate box.<br>  X  I am the creditor.<br>    I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Karen Sue Branas      Date:  01/13/2022<br>      VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CASE NO.:    19-10548

**Vernon D. Ackridge**     CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 13, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*     *By U.S. Postal Service First Class Mail Postage Prepaid:*

Vernon D. Ackridge
8124 Hawthorne Lane
Elkins Park, PA 19027

*Debtor's Attorney:*     *By CM / ECF Filing:*

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd
Suite 520
Allentown, PA 18194

*By CM / ECF Filing:*

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

*By CM / ECF Filing:*

*Debtor's Attorney:*  MICHAEL P. KUTZER
1420 Walnut Street
Suite 1216
mpkutzer9@gmail.com, correspondence
Philadelphia, PA 19102-4012

*Trustee:*  *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)