## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vernon D. Ackridge<br>　　　　　　　Debtor<br>Vernon D. Ackridge<br><br>　　　　　　　Movant<br>v.<br>WELLS FARGO BANK, N.A.<br>　　　　　　　Respondent | Chapter 13 Proceeding<br><br>19-10548 MDC |

## ORDER DISMISSING CHAPTER 13 CASE, AND GRANTING IN-REM RELIEF ORDER

**AND NOW** this _____ day of _____, 2022, it is hereby:

1.　　**ORDERED**, that this case is Dismissed; and it is further

2.　　**ORDERED**, that any wage orders are hereby VACATED; and it is further

3.　　**ORDERED**, that in light of the Stipulation in Settlement of Motion for Prospective In-Rem Relief from the Automatic Stay previously entered in this matter on 4/10/2019 by and among the Debtor, Wells Fargo Bank, N.A. and the Chapter 13 Trustee, Movant is hereby granted Prospective In-Rem Relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the In-Rem Relief Order is immediately effective and enforceable and *no further Bankruptcy filings by Debtor or any party claiming an interest in the Property shall place an Automatic Stay on the mortgaged property for a period of two (2) years from the entry of the order approving this Stipulation pursuant to 11 U.S.C. §362(d)(4).*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge