United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10548-mdc |
| Vernon D. Ackridge | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon D. Ackridge, 8124 Hawthorne Lane, Elkins Park, PA 19027-2212 |
| aty | + | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |
| cr | + | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Univest Bank and Trust Co., 14 NORTH MAIN STREET, SOUDERTON, PA 18964-1713 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | #+ | Wells Fargo Bank N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Rushmore Loan Management Services LL, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14574972 | + | BANK OF AMERICA, N.A., c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14376610 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14269610 | | Ditech Financial, PO Box 6146, Rapid City, South Dakota 57709-5146 |
| 14384449 | + | EverBank, c/o Ann E. Swartz, Esq., 123 South Broad Street, Suite 1400, Philadelphia PA 19109-1060 |
| 14269613 | + | Everhome, PO Box 2167, Jacksonville, Florida 32232-0004 |
| 14370363 | | Lsf11 Master Participation Trust, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14317074 | | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, C/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14465698 | + | Robert Dollinger, c/o David S. Gellert. Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 14294834 | #+ | Rushmore Loan Management Services, c/o Sarah K. McCaffery, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14279484 | + | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202-5147 |
| 14415206 | + | TIAA, FSB, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14415765 | + | TIAA,FSB, c/o Lauren M. Moyer, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14584302 | + | TIAA,FSB, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14283820 | + | Univest Bank and Trust Co., c/o Kelly L. Eberle, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14269615 | + | Valley Green, 1536 S Broad St., Philadelphia, Pennsylvania 19146-4809 |
| 14579656 | + | Vernon D. Ackridge, c/o EVERETT COOK, ESQ., The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd., Suite 520, Allentown, PA 18104-2355 |
| 14538096 | | WELLS FARGO BANK, N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14269616 | + | Well Fargo Home Mortgage, PO Box 10335, Des Moines, Iowa 50306-0335 |
| 14265928 | + | Wells Fargo Bank N.A., c/o Jill Manuel-Coughlin Esq., Eight Neshaminy Interplex, Suite 215, Trevose PA 19053-6980 |
| 14302804 | #+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14654791 | + | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14299581 | + | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14269617 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, Iowa 50306-0335 |
| 14652285 | + | Wilmington Savings Fund Society, c/o Michael J. Clark, Esquire, One Jenkintown Station, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14278837 | + | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Sarah K. McCaffery, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 44 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 08 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 08 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/Text: megan.harper@phila.gov | Feb 08 2022 23:54:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + Email/Text: RASEBN@raslg.com | Feb 08 2022 23:54:00 | NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + Email/Text: bkdepartment@rtresolutions.com | Feb 08 2022 23:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| 14362039 | Email/Text: megan.harper@phila.gov | Feb 08 2022 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14362347 | + Email/Text: megan.harper@phila.gov | Feb 08 2022 23:54:00 | City of Philadelphia and/or Water Revenue Bureau, c/o Joshua Domer, Esq., City of Philadelphia Law Dept., 1401 JFK Boulevard 5th Fl., Philadelphia PA 19102-1640 |
| 14297068 | + Email/Text: RASEBN@raslg.com | Feb 08 2022 23:54:00 | Natonstar Mortgage LLC, dba Champion Mortgage Company, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton FL 33487-2853 |
| 14269614 | Email/Text: bankruptcygroup@peco-energy.com | Feb 08 2022 23:54:00 | PECO, PO BOX 13778, Philadelphia, Pennsylvania 19101-3778 |
| 14303704 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2022 00:07:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293100 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14289657 | Email/Text: bkdepartment@rtresolutions.com | Feb 08 2022 23:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14269611 | * | Ditech Financial, PO Box 6146, Rapid City, South Dakota 57709-6146 |
| 14269612 | * | Ditech Financial LLC, PO Box 6146, Rapid City, South Dakota 57709-6146 |
| 14371024 | * | LSF11 Master Participation Trust, C/O Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14304186 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPLE, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 44 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

**Name**          **Email Address**

ALEXANDRA T. GARCIA
          on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

AMANDA L. RAUER
          on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com

DANIEL P. JONES
          on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com

FRANCIS THOMAS TARLECKI
          on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HARRY B. REESE
          on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

HARRY B. REESE
          on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF
          on behalf of Creditor Ditech Financial LLC logsecf@logs.com  Michelle@mvrlaw.com

JEROME B. BLANK
          on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JEROME B. BLANK
          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK
          on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JILL MANUEL-COUGHLIN
          on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
          on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK
          on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com  G29494@notify.cincompass.com

JOSHUA DOMER
          on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KELLY LYN EBERLE
          on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com  ksaborsky@grimlaw.com

KENNETH E. WEST
          ecfemails@ph13trustee.com

KERI P EBECK
          on behalf of Creditor Real Time Resolutions  Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN BERSCHLER KARL
          on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf900 | Total Noticed: 44 |

LEEANE O. HUGGINS
    on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
    on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor TIAA FSB ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor EverBank ecfmail@mwc-law.com mcohen@mwc-law.com

MICHAEL P. KUTZER
    on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com mpkutzer1@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

SARAH K. MCCAFFERY
    on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Lsf11 Master Participation Trust tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 34

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vernon D. Ackridge<br>　　　　　　　　Debtor | Chapter 13 Proceeding<br><br>19-10548 MDC |
| Vernon D. Ackridge<br><br>　　　　　　　　Movant<br>v.<br>WELLS FARGO BANK, N.A.<br>　　　　　　　　Respondent | |

## ORDER DISMISSING CHAPTER 13 CASE, AND GRANTING
## IN-REM RELIEF ORDER

**AND NOW** this __8th__ day of __February__ 2022, it is hereby:

1.    **ORDERED**, that this case is Dismissed; and it is further

2.    **ORDERED**, that any wage orders are hereby VACATED; and it is further

3.    **ORDERED**, that in light of the Stipulation in Settlement of Motion for Prospective In-Rem Relief from the Automatic Stay previously entered in this matter on 4/10/2019 by and among the Debtor, Wells Fargo Bank, N.A. and the Chapter 13 Trustee, Movant is hereby granted Prospective In-Rem Relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the In-Rem Relief Order is immediately effective and enforceable and *no further Bankruptcy filings by Debtor or any party claiming an interest in the Property shall place an Automatic Stay on the mortgaged property for a period of two (2) years from the entry of the order approving this Stipulation pursuant to 11 U.S.C. §362(d)(4).*

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge