United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10548-mdc |
| Vernon D. Ackridge | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14584302 | + | TIAA,FSB, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 23, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| AMANDA L. RAUER | on behalf of Creditor WELLS FARGO BANK  N.A. Amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com |
| DANIEL P. JONES | on behalf of Creditor TIAA  FSB djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HARRY B. REESE | on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com |
| HARRY B. REESE | |

Case 19-10548-mdc    Doc 281    Filed 04/23/22    Entered 04/24/22 00:28:38    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

HEATHER STACEY RILOFF

on behalf of Creditor Ditech Financial LLC logsecf@logs.com Michelle@mvrlaw.com

JEROME B. BLANK

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY paeb@fedphe.com

JEROME B. BLANK

on behalf of Creditor Lsf11 Master Participation Trust paeb@fedphe.com

JEROME B. BLANK

on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN

on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN

on behalf of Creditor Wells Fargo Bank N.A. bankruptcy@powerskirn.com

JOHN EVERETT COOK

on behalf of Debtor Vernon D. Ackridge bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

JOSHUA DOMER

on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov

KELLY LYN EBERLE

on behalf of Creditor Univest Bank and Trust Co. keberle@grimlaw.com ksaborsky@grimlaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK

on behalf of Creditor Real Time Resolutions Inc., as Agent for Bank of America, N.A. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LAUREN BERSCHLER KARL

on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com

LEEANE O. HUGGINS

on behalf of Trustee WILLIAM C. MILLER Esq. lhuggins@ph13trustee.com

MARIO J. HANYON

on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON

on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN

on behalf of Creditor TIAA FSB ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN

on behalf of Creditor EverBank ecfmail@mwc-law.com mcohen@mwc-law.com

MARISA MYERS COHEN

on behalf of Creditor TIAA FSB d/b/a TIAA Bank f/k/a EverBank ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL P. KUTZER

on behalf of Debtor Vernon D. Ackridge mpkutzer9@gmail.com mpkutzer1@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW

on behalf of Creditor Lsf11 Master Participation Trust robert.davidow@phelanhallinan.com

THOMAS SONG

on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor Lsf11 Master Participation Trust tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 32

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10548-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Vernon D. Ackridge
8124 Hawthorne Lane
Elkins Park PA 19027

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/20/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: TIAA,FSB, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA  18976 | PNC Bank, National Association<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/23/22

Tim McGrath
**CLERK OF THE COURT**