Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

01/14/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027

HEQBK309

**Fill in this information to identify the case:**

Debtor 1: VERNON D. ACKRIDGE

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District Of Pennsylvania

Case number: 1910548

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/07/2021

**New total payment:** $ 647.80
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement.

   Current interest rate: 4.02040 %    New interest rate: 3.88710 %

   Current principal and interest payment: $ 674.07    New principal and interest payment: $ 647.80

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to cycle date.

   Current mortgage payment: $ 674.07    New mortgage payment: $ 647.80

HEQBK309

Debtor 1   VERNON D. ACKRIDGE_____   Case number *(if known)* 1910548
           First Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


/s/ Angela M Mills-Fowler_____      Date  1/14/2021
Signature


Print:      Angela M Mills-Fowler_____        Title   Vice President Loan Documentation
            First Name   Middle Name   Last Name

Company     Wells Fargo Bank N.A._____

Address     1000 Blue Gentian Road,  N9286-01Y_____
            Number    Street

            Eagan, MN 55121-7700_____
            City                State     ZIP Code

Contact phone  ( 877 ) 891 – 0002_____        Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:
VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 01/15/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:  
By U.S. Postal Service First Class Mail Postage Prepaid:  
VERNON D. ACKRIDGE ,  
8124 HAWTHORNE RD  
ELKINS PARK, PA 19027

Debtor's Attorney:  
By Court's CM/ECF system registered email address:  
MICHAEL P KUTZER  
1420 WALNUT ST  
STE 1216  
PHILADELPHIA, PA  19102-4012

Trustee:  
By Court's CM/ECF system registered email address:  
WILLIAM C MILLER ESQ  
CHAPTER 13 TRUSTEE  
PO BOX 1229  
PHILADELPHIA, PA 19105

/s/ Angela M Mills-Fowler  
VP Loan Documentation  
Wells Fargo Bank, N.A.

HEQBK309