Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

02/11/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027

HEQBK309

**Fill in this information to identify the case:**

Debtor 1  VERNON D. ACKRIDGE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District Of Pennsylvania

Case number  1910548

Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice         03/07/2021

**New total payment:**                                      $ 623.79
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____        New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement

   Current interest rate: 3.88710 %        New interest rate: 3.75410 %

   Current principal and interest payment: $ 647.80        New principal and interest payment: $ 623.79

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to cycle date.

   Current mortgage payment: $ 647.80        New mortgage payment: $ 623.79

HEQBK309

| Debtor 1 | VERNON D. ACKRIDGE | | | Case number *(if known)* 1910548 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**


/s/ Angela M Mills-Fowler                                                          Date  2/11/2021
Signature


Print:     Angela M Mills-Fowler                                    Title   Vice President Loan Documentation
           First Name    Middle Name    Last Name

Company    Wells Fargo Bank N.A.

Address    1000 Blue Gentian Road,  N9286-01Y
           Number         Street

           Eagan, MN 55121-7700
           City                      State      ZIP Code

Contact phone  ( 877 )  891 – 0002                        Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:
VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 02/12/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid:
VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

Debtor's Attorney:    By Court's CM/ECF system registered email address:
JOHN EVERETT COOK
The law offices of Everett Cook P.C.
1605 N. Cedar Crest Blvd
STE 520
Allentown, PA  18104

Trustee:    By Court's CM/ECF system registered email address:
WILLIAM C MILLER ESQ
CHAPTER 13 TRUSTEE
PO BOX 1229
PHILADELPHIA, PA 19105

/s/ Angela M Mills-Fowler
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309