Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

**WELLS FARGO**

03/16/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | VERNON D. ACKRIDGE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1910548 |

## Official Form 410S1

# Notice of Mortgage Payment Change                                           12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                    **Court claim no.** (if known):7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice                    04/07/2021

**New total payment:**
Principal, interest, and escrow, if any                    $ 653.09

---

**Part 1:**    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____        New escrow payment:    $ _____

---

**Part 2:**    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement.

   Current interest rate: 3.75410%        New interest rate: 3.62520%

   Current principal and interest payment: $ 623.79        New principal and interest payment: $ 653.09

---

**Part 3:**    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment changed due to cycle date.

   Current mortgage payment: $ 623.79        New mortgage payment: $653.09

HEQBK309

| Debtor 1 | VERNON D. ACKRIDGE | | | Case number *(if known)* 1910548 |
| | First Name | Middle Name | Last Name | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

  /s/ Jeremy  Anthony                                              Date  3/16/2021
Signature

Print:    Jeremy  Anthony                                    Title   Vice President Loan Documentation
          First Name          Middle Name          Last Name

Company    Wells Fargo Bank N.A.

Address    1000 Blue Gentian Road,  N9286-01Y
           Number          Street

           Eagan, MN 55121-7700
           City                              State        ZIP Code

Contact phone  ( 877  )  891  –  0002             Email  noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:

VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 03/17/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid:
                                 VERNON D. ACKRIDGE ,
                                 8124 HAWTHORNE RD
                                 ELKINS PARK, PA 19027-2212

Debtor's Attorney:               By Court's CM/ECF system registered email address:
                                 JOHN EVERETT COOK
                                 1605 N. Cedar Crest Blvd
                                 Suite 520
                                 Allentown, PA 18194

Trustee:                         By Court's CM/ECF system registered email address:
                                 WILLIAM C MILLER ESQ
                                 PO BOX 1229
                                 PHILADELPHIA, PA 19105-1229

/s/ Jeremy  Anthony

VP Loan Documentation

 Wells Fargo Bank, N.A.

HEQBK309