Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

05/14/2021


VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | VERNON D. ACKRIDGE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1910548 |

Official Form 410S1
# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice    06/07/2021

**New total payment:**    $ 621.77
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☐ No
   - ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: **Rate change disclosed in original note agreement.**

   Current interest rate: 3.49780 %    New interest rate: 3.42830 %
   Current principal and interest payment: $ 605.68    New principal and interest payment: $ 621.77

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: **Payment change due to cycle date**.
   Current mortgage payment: $ 605.68    New mortgage payment: $ 621.77

HEQBK309

Case 19-10548-mdc    Doc    Filed 05/14/21    Entered 05/14/21 13:10:42    Desc Main
Document    Page 3 of 4

| Debtor 1 | VERNON D. ACKRIDGE | | | Case number *(if known)* 1910548 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Stephen L. Baugh_                                                                  Date  5/14/2021
Signature

Print:   Stephen L. Baugh                                             Title   Vice President Loan Documentation
         First Name    Middle Name    Last Name

Company:  Wells Fargo Bank N.A.

Address:  1000 Blue Gentian Road,  N9286-01Y
          Number        Street

          Eagan, MN 55121-7700
          City                          State      ZIP Code

Contact phone ( 877 ) 891 – 0002                           Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:
VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 05/17/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:              By U.S. Postal Service First Class Mail Postage Prepaid:
                     VERNON D. ACKRIDGE ,
                     8124 HAWTHORNE RD
                     ELKINS PARK, PA 19027-2212

Debtor's Attorney:   By Court's CM/ECF system registered email address:
                     JOHN EVERETT COOK
                     1605 N. Cedar Crest Blvd
                     Suite 520
                     Allentown, PA 18194

Trustee:             By Court's CM/ECF system registered email address:
                     WILLIAM C MILLER ESQ
                     PO BOX 1229
                     PHILADELPHIA, PA 19105-1229

/s/ Stephen L. Baugh
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309