Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

WELLS FARGO

06/15/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | VERNON D. ACKRIDGE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1910548 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice — 07/07/2021

**New total payment:** $ 623.35
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☑ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☐ No
   - ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement.

   Current interest rate: 3.42830 %    New interest rate: 3.37790 %
   Current principal and interest payment: $ 621.77    New principal and interest payment: $ 623.35

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☐ No
   - ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change due to cycle date.

   Current mortgage payment: $ 621.77    New mortgage payment: $ 623.35

HEQBK309

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Tavon Taylor_____   Date  6/15/2021
Signature

Print:   Tavon  Taylor                                    Title  Vice President Loan Documentation
         First Name   Middle Name   Last Name

Company  Wells Fargo Bank N.A.

Address  1000 Blue Gentian Road, N9286-01Y
         Number   Street

         Eagan, MN 55121-7700
         City   State   ZIP Code

Contact phone  ( 877 ) 891 – 0002       Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:
VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 06/16/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:  
By U.S. Postal Service First Class Mail Postage Prepaid:  
VERNON D. ACKRIDGE ,  
8124 HAWTHORNE RD  
ELKINS PARK, PA 19027-2212

Debtor's Attorney:  
By Court's CM/ECF system registered email address:  
JOHN EVERETT COOK  
The Law Offices of Everett Cook, P.C.  
1605 N. Cedar Crest Blvd  
Suite 520  
Allentown, PA 18194

Trustee:  
By Court's CM/ECF system registered email address:  
WILLIAM C MILLER ESQ  
PO BOX 1229  
PHILADELPHIA, PA 19105-1229

/s/ Tavon  Taylor  
VP Loan Documentation  
Wells Fargo Bank, N.A.

HEQBK309