**Fill in this information to identify the case:**

Debtor 1: Vernon D. Ackridge

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 1910548

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/15/2021

**New total payment:**
Principal, interest, and escrow, if any: $1715.55

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 2 9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 2.94000 %    New interest rate: 0.00000 %

   Current principal and interest payment: $ 588.03    New principal and interest payment: $ 561.97

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____    New mortgage payment: $ _____

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Signature: /s/Jeremy Anthony

Date: 07/07/2021

Print: Anthony, Jeremy
   First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
   Number   Street

1000 Blue Gentian Road
Address 2

Eagan        MN        55121-7700
City         State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13 No. 1910548
Judge: Magdeline D. Coleman

In re:
Vernon D. Ackridge

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before July 08, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:        By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Vernon D. Ackridge
8124 Hawthorne Lane

Elkins Park PA 19027

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:    By Court's CM/ECF system registered email address

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd Suite 520

Allentown PA 18194

By Court's CM/ECF system registered email address

N/A

Trustee:    By Court's CM/ECF system registered email address

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229

Philadelphia PA 19105

/s/Jeremy Anthony
_____

VP Loan Documentation

Wells Fargo Bank, N.A.

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA  50306



**Account Information**

| | |
|---|---|
| Fax: | (866) 278-1179 |
| Telephone: | (866) 234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan Number: | |
| Property Address: | 8124 Hawthorne Lane |
| | Cheltenham Township PA 190 |

VERNON D ACKRIDGE
PO BOX 38262
PHILADELPHIA, PA 19140

July 1, 2021

### Payment Change Notice
### Changes to Your Mortgage Interest Rate and Payments Due on September 15, 2021.

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one month period during which your interest rate stayed the same. That period ends on August 15, 2021, so on that date your interest rate changes. After that, your interest rate may change every month for the rest of your loan term.  Even though your interest rate adjusts every month, your payment adjusts every twelve months.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **2.94000%** | **2.94000%** |
| Principal | $452.14 | $428.30 |
| Interest | $135.89 | $133.67 |
| Escrow | $1,153.58 | $1,153.58 |
| **Total Monthly Payment** | **$1,741.61** | **$1,715.55** (due September 15, 2021) |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is 0.20000% and your margin is  2.74000%. Your "Cost Of Savings" index is published monthly by the Wells Fargo Bank.

**Interest Rate Limits:**  Your interest rate cannot go higher than 11.95000% during the life of the loan. Your interest rate cannot go lower than 2.74000% during the life of the loan.

AR152  708   1042

| Account Information | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 8124 Hawthorne Lane<br>Cheltenham Township PA 19027 |

## Payment Change Notice
### Changes to Your Mortgage Interest Rate and Payments Due on September 15, 2021.

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the payment rate of 2.94000%, a projected loan balance of $54,558.38 and a remaining loan term of 111 months. Your payment can increase by no more than 7.50000% from the Current Payment.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:** None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*[signature]*

Keeper K. Christensen
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801
AR152  708  1042