**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Vernon D. Ackridge |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 1910548 |

Official Form 410S1

# Amended Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/15/2021

**New total payment:**
Principal, interest, and escrow, if any: $1771.28

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 2 9

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 1153.58          **New escrow payment:** $ 1209.31

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** 2.93000%          **New interest rate:** 2.94000%

**Current principal and interest payment:** $ 588.03          **New principal and interest payment:** $ 561.97

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)
Reason for change:

**Current mortgage payment:** $ _____          **New mortgage payment:** $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/Tavon Taylor                                    Date  08/16/2021
   Signature

Print: TAYLOR,TAVON                                   VP Loan Documentation
      First Name    Middle Name    Last Name          Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                    MN         55121-7700
         City                     State      ZIP Code

Contact phone  800-274-7025                           NoticeOfPaymentChangeInquiries@wellsfargo.com
                                                      Email

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter 13 No. 1910548
Judge: Magdeline D. Coleman

In re:

Vernon D. Ackridge

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before August 17, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Vernon D. Ackridge
8124 Hawthorne Lane

Elkins Park PA 19027

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
1605 N. Cedar Crest Blvd
Suite 520
Allentown PA 18194

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837

Philadelphia PA 19107

/s/Tavon Taylor

VP Loan Documentation

Wells Fargo Bank, N.A.

Return Mail Operations
PO Box 14547
Des Moines, IA 50306-4547

VERNON D ACKRIDGE
PO BOX 38262
PHILADELPHIA PA 19140-0262

**Important notice about your Escrow Account Disclosure Statement**
Now that you've been approved for a trial payment plan, we've completed an analysis of your escrow account to ensure we're collecting sufficient funds for your property tax and insurance premium payments. As a result of this analysis, we are sending you an Escrow Account Disclosure Statement.

**Questions?**
Contact your Home Preservation Specialist

**Monthly payment amount**
You may find the monthly payment amount shown on this statement is not the same as your trial plan payment. Please make your payments as outlined in your trial payment plan.

**Escrow reviews**
We'll continue to review your escrow account yearly to make sure the escrow portion of your total monthly payment covers your projected property taxes and insurance premiums. Please retain this escrow statement for your records as it reflects the tax and insurance obligations on your loan.

Case 19-10548-mdc    Doc    Filed 08/16/21    Entered 08/16/21 11:20:30    Desc Main
Document      Page 5 of 11

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** July 21, 2021
**Loan number:**
**Property address:**
8124 HAWTHORNE LANE
CHELTENHAM TOWNSHIP PA 19027-2212

## Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

VERNON D ACKRIDGE
PO BOX 38262
PHILADELPHIA PA 19140-0262

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **September 15, 2021** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$355.64**

## Part 1 - Mortgage payment

### Option 1  Pay the shortage amount over 12 months

| | Previous payment through 08/15/2021 payment date | New payment beginning with the 09/15/2021 payment |
|---|---|---|
| **Principal and/or interest** | $588.03 | $561.97 |
| **Escrow payment** | $1,153.58 | $1,209.31 |
| **Total payment amount** | $1,741.61 | $1,771.28 |

**Option 1: No action required**

Starting **September 15, 2021** the new contractual payment amount will be **$1,771.28**

### Option 2  Pay the shortage amount of $355.64

| | Previous payment through 08/15/2021 payment date | New payment beginning with the 09/15/2021 payment |
|---|---|---|
| **Principal and/or interest** | $588.03 | $561.97 |
| **Escrow payment** | $1,153.58 | $1,179.67 |
| **Total payment amount** | $1,741.61 | $1,741.64 |

**Option 2: Pay shortage in full**

Starting **September 15, 2021** the new contractual payment amount will be **$1,741.64**

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**See Page 2 for additional details.**



**Note:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

VERNON D ACKRIDGE

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for 355.64 to the address that appears on this coupon.

This payment must be received no later than **September 15, 2021**.

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

708          5 10 02 00165288 00174164 00200852 00035564 1

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $4,950.00. For the coming year, we expect the amount paid from escrow to be $14,156.00.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 02/19 - 02/20 (Actual) | 01/20 - 01/21 (Actual) | 01/21 - 07/21 (Actual) | 09/21 - 08/22 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $11,805.00 | $11,783.00 | $2,893.00 | $12,099.00 | ÷ | 12 | = | $1,008.25 |
| **Property insurance** | $1,982.00 | $2,028.00 | $2,057.00 | $2,057.00 | ÷ | 12 | = | $171.42 |
| **Total taxes and insurance** | $13,787.00 | $13,811.00 | $4,950.00 | $14,156.00 | ÷ | 12 | = | $1,179.67 |
| **Escrow shortage** | $0.00 | $534.60 | $31.96 | $355.64 | ÷ | 12 | = | $29.64** |
| **Total escrow** | $13,787.00 | $14,345.60 | $4,981.96 | $14,511.64 | ÷ | 12 | = | $1,209.31 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  August, 2022 |   | -$3,945.54 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $3,589.90 |  |
| Minimum balance for the escrow account | - | $0.00 |  |
| **Escrow shortage** | = | **-$355.64** |  |

‡This adjustment of $3,589.90, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

## Part 3 - Escrow account projections

Escrow account projections from September, 2021 to August, 2022

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Aug 2021 | | | Starting balance | -$3,945.58 | -$0.04 |
| Sep 2021 | $1,179.67 | $0.00 | | -$2,765.91 | $1,179.63 |
| Oct 2021 | $1,179.67 | $0.00 | | -$1,586.24 | $2,359.30 |
| Nov 2021 | $1,179.67 | $0.00 | | -$406.57 | $3,538.97 |
| Dec 2021 | $1,179.67 | $0.00 | | $773.10 | $4,718.64 |
| Jan 2022 | $1,179.67 | $0.00 | | $1,952.77 | $5,898.31 |
| Feb 2022 | $1,179.67 | $0.00 | | $3,132.44 | $7,077.98 |
| Mar 2022 | $1,179.67 | $2,893.00 | CHELTENHAM TWP (6) (S) | $1,419.11 | $5,364.65 |
| Mar 2022 | $0.00 | $2,057.00 | AMERICAN SECURITY GROUP | -$637.89 | $3,307.65 |
| Apr 2022 | $1,179.67 | $0.00 | | $541.78 | $4,487.32 |
| May 2022 | $1,179.67 | $0.00 | | $1,721.45 | $5,666.99 |
| Jun 2022 | $1,179.67 | $0.00 | | $2,901.12 | $6,846.66 |
| Jul 2022 | $1,179.67 | $0.00 | | $4,080.79 | $8,026.33 |
| Aug 2022 | $1,179.67 | $9,206.00 | CHELTENHAM TWP SD (6)(S) | -$3,945.54 | $0.00 |
| Totals | $14,156.04 | $14,156.00 | | | |

## Part 4 - Escrow account history

Escrow account activity from January, 2021 to August, 2021

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jan 2021 | | | | | | | Starting Balance | -$36,535.17 | $4,603.64 | -$41,138.81 |
| Jan 2021 | $0.00 | $1,150.92 | -$1,150.92 | $0.00 | $0.00 | $0.00 | | -$36,535.17 | $5,754.56 | -$42,289.73 |
| Feb 2021 | $2,179.82 | $1,150.92 | $1,028.90 | $0.00 | $0.00 | $0.00 | | -$34,355.35 | $6,905.48 | -$41,260.83 |
| Mar 2021 | $0.00 | $1,150.92 | -$1,150.92 | $2,893.00 | $2,861.00 | $32.00 | CHELTENHAM TWP (6) (S) | -$37,248.35 | $5,195.40 | -$42,443.75 |
| Mar 2021 | $0.00 | $0.00 | $0.00 | $0.00 | $2,028.00 | -$2,028.00 | AMERICAN SECURITY GROUP | -$37,248.35 | $3,167.40 | -$40,415.75 |
| Apr 2021 | $2,179.82 | $1,150.92 | $1,028.90 | $2,057.00 | $0.00 | $2,057.00 | AMERICAN SECURITY GROUP | -$37,125.53 | $4,318.32 | -$41,443.85 |
| May 2021 | $0.00 | $1,150.92 | -$1,150.92 | $0.00 | $0.00 | $0.00 | | -$37,125.53 | $5,469.24 | -$42,594.77 |
| Jun 2021 | $2,179.82 | $1,150.92 | $1,028.90 | $0.00 | $0.00 | $0.00 | | -$34,945.71 | $6,620.16 | -$41,565.87 |
| Jul 2021 (estimate) | $39,052.55 | $1,150.92 | $37,901.63 | $0.00 | $0.00 | $0.00 | | $4,106.84 | $7,771.08 | -$3,664.24 |
| Aug 2021 (estimate) | $1,153.58 | $1,150.92 | $2.66 | $9,206.00 | $8,922.00 | $284.00 | CHELTENHAM TWP SD (6)(S) | -$3,945.58 | $0.00 | -$3,945.58 |
| Totals | $46,745.59 | $9,207.36 | $37,538.23 | $14,156.00 | $13,811.00 | $345.00 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   9/19

EQUAL HOUSING LENDER

Case 19-10548-mdc    Doc    Filed 08/16/21    Entered 08/16/21 11:20:30    Desc Main
Document    Page 9 of 11

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 14472
DES MOINES, IA  50306



VERNON D ACKRIDGE
PO BOX 38262
PHILADELPHIA, PA 19140

**Account Information**

| | |
|---|---|
| **Fax:** | (866) 278-1179 |
| **Telephone:** | (866) 234-8271 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| **Loan Number:** | |
| **Property Address:** | 8124 Hawthorne Lane |
| | Cheltenham Township PA 190 |

July 1, 2021

**Payment Change Notice**
**Changes to Your Mortgage Interest Rate and Payments Due on September 15, 2021.**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one month period during which your interest rate stayed the same. That period ends on August 15, 2021, so on that date your interest rate changes. After that, your interest rate may change every month for the rest of your loan term. Even though your interest rate adjusts every month, your payment adjusts every twelve months.

| | **Current** Interest Rate and Monthly Payment | **New** Interest Rate and Monthly Payment |
|---|---|---|
| Interest Rate | **2.94000%** | **2.94000%** |
| Principal | $452.14 | $428.30 |
| Interest | $135.89 | $133.67 |
| Escrow | $1,153.58 | $1,153.58 |
| **Total Monthly Payment** | **$1,741.61** | **$1,715.55** (due September 15, 2021) |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is 0.20000% and your margin is 2.74000%. Your "Cost Of Savings" index is published monthly by the Wells Fargo Bank.

**Interest Rate Limits:**  Your interest rate cannot go higher than 11.95000% during the life of the loan. Your interest rate cannot go lower than 2.74000% during the life of the loan.

AR152  708   1042

| Account Information | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 8124 Hawthorne Lane<br>Cheltenham Township PA 19027 |

**Payment Change Notice**
**Changes to Your Mortgage Interest Rate and Payments Due on September 15, 2021.**

**New Interest Rate and Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the payment rate of 2.94000%, a projected loan balance of $54,558.38 and a remaining loan term of 111 months. Your payment can increase by no more than 7.50000% from the Current Payment.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:** None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*[signature]*

Keeper K. Christensen
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801
AR152  708   1042