Default Document Processing
N9286-01Y
PO Box 1629
Minneapolis MN 55440-9790

WELLS FARGO

09/14/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

HEQBK309

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | VERNON D. ACKRIDGE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District Of Pennsylvania |
| Case number | 1910548 |

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.          **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5147

**Date of payment change:**
Must be at least 21 days after date of this notice          10/07/2021

**New total payment:** $ 613.37
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $_____     New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement

   Current interest rate: 3.36090%     New interest rate: 3.35430%
   Current principal and interest payment: $ 614.34     New principal and interest payment: $ 613.37

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: Payment to change due to cycle date
   Current mortgage payment: $ 614.34     New mortgage payment: $ 613.37

HEQBK309

Debtor 1   VERNON D. ACKRIDGE_____    Case number *(if known)* 1910548
           First Name    Middle Name    Last Name

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Yadira P Delgado_____    Date  9/14/2021
Signature

Print:    Yadira P Delgado_____    Title  Vice President Loan Documentation
          First Name    Middle Name    Last Name

Company   Wells Fargo Bank N.A._____

Address   PO Box 1629,  N9286-01Y_____
          Number          Street

          Minneapolis MN 55440-9790_____
          City            State    ZIP Code

Contact phone  ( 877 ) 891 – 0002_____    Email  noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:
VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 09/15/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid:
VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

Debtor's Attorney:    By Court's CM/ECF system registered email address:
JOHN EVERETT COOK
1605 N. Cedar Crest Blvd
Suite 520
Allentown, PA  18194

Trustee:    By Court's CM/ECF system registered email address:
WILLIAM C MILLER ESQ
PO BOX 40837
PHILADELPHIA, PA 19107

/s/ Yadira P Delgado
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309