Default Document Processing
N9286-01Y
PO Box 1629
Minneapolis MN 55440-9790

**WELLS FARGO**

10/14/2021

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

HEQBK309

**Fill in this information to identify the case:**

Debtor 1    VERNON D. ACKRIDGE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District Of Pennsylvania

Case number    1910548

---

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.          **Court claim no**. (if known):7

**Last 4 digits** of any number you use to identify the debtor's account: **5147**

**Date of payment change:**
Must be at least 21 days after date of this notice        11/07/2021

**New total payment:**               $ **596.41**
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

    ☑ No

    ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    Current escrow payment:   $_____        New escrow payment:      $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

    ☐ No

    ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:  Rate change disclosed in original note agreement.

    Current interest rate:        3.35430        %        New interest rate:        3.34830              %

    Current principal and interest payment: $    613.37      New principal and interest payment:  $    596.41

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☑ No

    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change:_____

    **Current mortgage payment:** $_____    **New mortgage payment:**  $_____

HEQBK309

Debtor 1    VERNON D. ACKRIDGE_____    Case number *(if known)* <u>1910548</u>
           First Name        Middle Name        Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

  /s/ Stephen L. Baugh_____    Date__10/14/2021__
    Signature

Print:        Stephen L. Baugh_____    Title    Vice President Loan Documentation
             First Name      Middle Name      Last Name

Company     Wells Fargo Bank N.A._____

Address      PO Box 1629,  N9286-01Y_____
             Number        Street

            Minneapolis MN 55440-9790_____
             City                State     ZIP Code

Contact phone   ( 877 ) 891 – 0002____    Email  noticeofpaymentchangeinquiries@wellsfargo.com

HEQBK309

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:

VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 10/15/2021, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:                              By U.S. Postal Service First Class Mail Postage Prepaid:
                                     VERNON D. ACKRIDGE ,
                                     8124 HAWTHORNE RD
                                     ELKINS PARK, PA 19027-2212

Debtor's Attorney:                   By Court's CM/ECF system registered email address:
                                     JOHN EVERETT COOK
                                     1605 N. Cedar Crest Blvd
                                     Suite 520
                                     Allentown, PA  18194

Trustee:                             By Court's CM/ECF system registered email address:
                                     KENNETH E. WEST
                                     1234 Market Street - Suite 1813
                                     Philadelphia, PA 19107

/s/ Stephen L. Baugh
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309