Default Document Processing
N9286-01Y
PO Box 1629
Minneapolis MN 55440-9790

**WELLS FARGO**

01/14/2022

VERNON D. ACKRIDGE ,
8124 HAWTHORNE RD
ELKINS PARK, PA 19027-2212

HEQBK309

**Fill in this information to identify the case:**

Debtor 1    VERNON D. ACKRIDGE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District Of Pennsylvania

Case number    1910548

---

Official Form 410S1

# Notice of Mortgage Payment Change                                  12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.                    **Court claim no**. (if known):7

**Last 4 digits** of any number you use to identify the debtor's account: **5147**

**Date of payment change:**
Must be at least 21 days after date of this notice                    02/07/2022

**New total payment:**                    $ **598.20**
Principal, interest, and escrow, if any

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____        New escrow payment:    $ _____

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No

   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Rate change disclosed in original note agreement.

   Current interest rate:____3.33750____%    New interest rate:____3.33330____%

   Current principal and interest payment: $____600.25____    New principal and interest payment:  $ __598.20__

| **Part 3:** | **Other Payment Change** |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change:_____

   Current mortgage payment: $_____        New mortgage payment:  $_____

Debtor 1    VERNON D. ACKRIDGE_____    Case number *(if known)* 1910548
           First Name         Middle Name         Last Name

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

 /s/ Stephen L. Baugh _____   Date  1/14/2022 
Signature

Print:        Stephen L. Baugh_____    Title   Vice President Loan Documentation 
                First Name         Middle Name       Last Name

Company      Wells Fargo Bank N.A._____

Address       PO Box 1629,  N9286-01Y_____
                Number        Street

               Minneapolis MN 55440-9790_____
                City               State       ZIP Code

Contact phone  ( 877 ) 891 – 0002 _____     Email noticeofpaymentchangeinquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

Chapter 13 No. 1910548 :

In re:

VERNON D. ACKRIDGE ,

## CERTIFICATE OF SERVICE

I hereby certify that on or before 01/14/2022, I served a copy of this Notice and all attachments upon each of the entities named below by the U.S. Bankruptcy Court's CM ECF system or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid or FedEx, addressed to each of them as follows:

Debtor:                          By U.S. Postal Service First Class Mail Postage Prepaid:
                                 VERNON D. ACKRIDGE ,
                                 8124 HAWTHORNE RD
                                 ELKINS PARK, PA 19027-2212

Debtor's Attorney:               By Court's CM/ECF system registered email address:
                                 JOHN EVERETT COOK
                                 1605 N. Cedar Crest Blvd
                                 Suite 520
                                 Allentown, PA  18194

Trustee:                         By Court's CM/ECF system registered email address:
                                 KENNETH E. WEST
                                 1234 Market Street
                                 Suite 1813
                                 PHILADELPHIA, PA 19107-0000

/s/ Stephen L. Baugh
VP Loan Documentation
Wells Fargo Bank, N.A.

HEQBK309